# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: STAS, RICHARD T.  §  Case No. 05-36743
     STAS, THERESA M.  §
   §
   §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $464,400.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $13,261.54 | Claims Discharged Without Payment: $117,470.17 |
| Total Expenses of Administration: $26,795.95 | |

3) Total gross receipts of $ 40,057.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,057.49 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $401,565.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 22,040.60 | 26,799.95 | 26,795.95 | 26,795.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 81,907.82 | 94,421.35 | 82,156.71 | 13,261.54 |
| TOTAL DISBURSEMENTS | $505,513.42 | $121,221.30 | $108,952.66 | $40,057.49 |

4) This case was originally filed under Chapter 7 on September 12, 2005. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2010        By: /s/CHARLES J. MYLER
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Stock transfer | 1141-000 | 40,000.00 |
| Interest Income | 1270-000 | 57.49 |
| TOTAL GROSS RECEIPTS | | $40,057.49 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First American Bank | 4110-000 | 12,100.00 | N/A | N/A | 0.00 |
| Willowughby Farms Estates c/o Atty Kovitz | 4110-000 | 1,600.00 | N/A | N/A | 0.00 |
| Great Bank | 4110-000 | 17,065.00 | N/A | N/A | 0.00 |
| Joseph Pierro | 4110-000 | 80,000.00 | N/A | N/A | 0.00 |
| Taylor Bean Whitaker Mortgage Corp. | 4110-000 | 290,800.00 | N/A | N/A | 0.00 |
| TOTAL SECURED CLAIMS | | $401,565.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 4,755.35 | 4,755.35 | 4,755.35 |
| Charles J. Myler | 2200-000 | N/A | 174.51 | 174.51 | 174.51 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 18,725.00 | 18,725.00 | 18,725.00 |
| Delta-K Consulting | 3992-000 | N/A | 19.84 | 19.84 | 19.84 |
| Delta-K Consulting | 3731-420 | N/A | 3,125.25 | 3,121.25 | 3,121.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 26,799.95 | 26,795.95 | 26,795.95 |

EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Vigil & Berkley | 7100-000 | 4,193.00 | 4,335.37 | 4,335.37 | 699.81 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 1,743.79 | 1,743.79 | 281.48 |
| Dennis Sbertoli | 7100-000 | N/A | 350.00 | 350.00 | 56.50 |
| Nordstrom fsb | 7100-000 | 3,355.00 | 3,355.85 | 3,355.85 | 541.69 |
| Dennis M. Sbertoli | 7100-000 | 350.00 | 350.00 | 0.00 | 0.00 |
| US BANK CORP/RETAIL PAYMENT SOLUTIONS | 7100-000 | 2,690.00 | 3,485.16 | 3,485.16 | 562.57 |
| Citibank (USA) NA | 7100-000 | 17,802.00 | 1,442.55 | 1,442.55 | 232.85 |
| American Express Centurion Bank | 7100-000 | 500.00 | 543.10 | 543.10 | 87.67 |
| American Express Travel Related Services Co., Inc. | 7100-000 | N/A | 4,722.16 | 4,722.16 | 762.24 |
| eCAST Settlement Corporation, assignee of American Express Travel Related Svcs Co | 7100-000 | N/A | 19,132.86 | 19,132.86 | 3,088.38 |
| American Honda Finance | 7100-000 | 397.00 | 526.98 | 526.98 | 85.06 |
| Citibank (South Dakota) NA | 7100-000 | 0.00 | 8,234.39 | 8,234.39 | 1,329.17 |
| Storino Ramello & Durkin | 7100-000 | N/A | 18,324.04 | 18,324.04 | 2,957.82 |
| Chase Bank USA, N.A. | 7200-000 | 4,045.82 | 4,045.82 | 4,045.82 | 653.07 |
| Chase Bank USA NA | 7100-000 | N/A | 11,914.64 | 0.00 | 0.00 |
| Prairie Meadows Dental | 7100-000 | N/A | 11,914.64 | 11,914.64 | 1,923.23 |
| Professional Account Mgmt. | 7100-000 | 615.00 | N/A | N/A | 0.00 |
| Hinckley Springs | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| HFC | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| GE Money Bank c/o Blatt Hasenmiller | 7100-000 | 19,255.00 | N/A | N/A | 0.00 |
| Harris Bank | 7100-000 | 3,184.00 | N/A | N/A | 0.00 |
| Quest Diagnostic | 7100-000 | 1,856.00 | N/A | N/A | 0.00 |
| Sears | 7100-000 | 344.00 | N/A | N/A | 0.00 |
| Wells Fargo | 7100-000 | 1,151.00 | N/A | N/A | 0.00 |
| Van Ru Credit | 7100-000 | 1,198.00 | N/A | N/A | 0.00 |
| | 7100-000 | 233.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Chrysler Financial | 7100-000 | 2,316.00 | N/A | N/A | 0.00 |
| Biehl & Biehl | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| Best Buy | 7100-000 | 1,607.00 | N/A | N/A | 0.00 |
| Atlas & Leviton | 7100-000 | 4,375.00 | N/A | N/A | 0.00 |
| Great Bank | 7100-000 | 10,935.00 | N/A | N/A | 0.00 |
| Bank One | 7100-000 | 1,181.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 81,907.82 | 94,421.35 | 82,156.71 | 13,261.54 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-36743
Case Name: STAS, RICHARD T.
STAS, THERESA M.
Period Ending: 01/11/10

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 09/12/05 (f)
§341(a) Meeting Date: 10/24/05
Claims Bar Date: 03/02/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence in Algonquin, IL | 410,000.00 | 410,000.00 | DA | 0.00 | FA |
| 2 | Household goods | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 3 | Wearing apparel | 200.00 | 200.00 | DA | 0.00 | FA |
| 4 | Jewelry | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5 | 1997 Ford Mustang | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 6 | 2003 Honda Accord | 11,085.00 | 11,085.00 | DA | 0.00 | FA |
| 7 | 2003 Cadillac DeVille | 17,065.00 | 17,065.00 | DA | 0.00 | FA |
| 8 | 2002 Ford Lightning | 17,050.00 | 17,050.00 | DA | 0.00 | FA |
| 9 | Stock transfer | Unknown | 0.00 | | 40,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 57.49 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $464,400.00 | $464,400.00 | | $40,057.49 | $0.00 |

Major Activities Affecting Case Closing:

Distribution made 11/13 and 12/10/09

Initial Projected Date Of Final Report (TFR):   June 30, 2006            Current Projected Date Of Final Report (TFR):   October 2, 2009 (Actual)

Printed: 01/11/2010 01:15 PM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 05-36743  
Case Name: STAS, RICHARD T.  
STAS, THERESA M.  
Taxpayer ID #: 13-7588059  
Period Ending: 01/11/10

Trustee: CHARLES J. MYLER (330510)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****84-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/08 | {9} | Classics Plastics Corp. | First payment on adversary settlement | 1141-000 | 20,000.00 | | 20,000.00 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.68 | | 20,000.68 |
| 03/04/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 22,500.68 |
| 03/18/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 25,000.68 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.23 | | 25,004.91 |
| 04/10/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 27,504.91 |
| 04/30/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 30,004.91 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.68 | | 30,008.59 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.71 | | 30,012.30 |
| 06/02/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 32,512.30 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.09 | | 32,516.39 |
| 07/14/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 35,016.39 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.29 | | 35,020.68 |
| 08/18/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 37,520.68 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.25 | | 37,524.93 |
| 09/11/08 | {9} | Classic Plastics Corp. | Payment on settlement | 1141-000 | 2,500.00 | | 40,024.93 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.08 | | 40,030.01 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.36 | | 40,034.37 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.14 | | 40,037.51 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.83 | | 40,040.34 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 40,041.97 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 40,043.49 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 40,045.23 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 40,046.86 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 40,048.43 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 40,050.17 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 40,051.85 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 40,053.53 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 40,055.16 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 40,056.79 |
| 11/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.70 | | 40,057.49 |
| 11/13/09 | | To Account #********8466 | Transfer to checking | 9999-000 | | 40,057.49 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 40,057.49 | 40,057.49 |
| Less: Bank Transfers | 0.00 | 40,057.49 |
| Subtotal | 40,057.49 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $40,057.49 | $0.00 |

$0.00

Printed: 01/11/2010 01:15 PM　V.11.54

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

Case Number: 05-36743
Case Name: STAS, RICHARD T.
STAS, THERESA M.
Taxpayer ID #: 13-7588059
Period Ending: 01/11/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***_*****84-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | | From Account #********8465 | Transfer to checking | 9999-000 | 40,057.49 | | 40,057.49 |
| 11/13/09 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $4,755.35, Trustee Compensation; Reference: | 2100-000 | | 4,755.35 | 35,302.14 |
| 11/13/09 | 102 | Charles J. Myler | Dividend paid 100.00% on $174.51, Trustee Expenses; Reference: | 2200-000 | | 174.51 | 35,127.63 |
| 11/13/09 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $18,725.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 18,725.00 | 16,402.63 |
| 11/13/09 | 104 | Delta-K Consulting | Dividend paid 100.00% on $3,121.25, Financial Consultant for Trustee Fees; Reference: | 3731-420 | | 3,121.25 | 13,281.38 |
| 11/13/09 | 105 | Delta-K Consulting | Dividend paid 100.00% on $19.84, Other Professional Expenses; Reference: | 3992-000 | | 19.84 | 13,261.54 |
| 11/13/09 | 106 | Vigil & Berkley | Dividend paid 16.14% on $4,335.37; Claim# 1; Filed: $4,335.37; Reference: 10285 Voided on 12/10/09 | 7100-003 | | 699.81 | 12,561.73 |
| 11/13/09 | 107 | Chase Bank USA, N.A. | Dividend paid 16.14% on $1,743.79; Claim# 2; Filed: $1,743.79; Reference: | 7100-000 | | 281.48 | 12,280.25 |
| 11/13/09 | 108 | Dennis Sbertoli | Dividend paid 16.14% on $350.00; Claim# 3; Filed: $350.00; Reference: | 7100-000 | | 56.50 | 12,223.75 |
| 11/13/09 | 109 | Nordstrom fsb | Dividend paid 16.14% on $3,355.85; Claim# 4; Filed: $3,355.85; Reference: | 7100-000 | | 541.69 | 11,682.06 |
| 11/13/09 | 110 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | Dividend paid 16.14% on $3,485.16; Claim# 6; Filed: $3,485.16; Reference: | 7100-000 | | 562.57 | 11,119.49 |
| 11/13/09 | 111 | Citibank (USA) NA | Dividend paid 16.14% on $1,442.55; Claim# 7; Filed: $1,442.55; Reference: 5410 6548 6710 0312 | 7100-000 | | 232.85 | 10,886.64 |
| 11/13/09 | 112 | American Express Centurion Bank | Dividend paid 16.14% on $543.10; Claim# 8; Filed: $543.10; Reference: 3715 282106 01002 | 7100-000 | | 87.67 | 10,798.97 |
| 11/13/09 | 113 | American Express Travel Related Services Co., Inc. | Dividend paid 16.14% on $4,722.16; Claim# 9; Filed: $4,722.16; Reference: | 7100-000 | | 762.24 | 10,036.73 |
| 11/13/09 | 114 | eCAST Settlement Corporation, assignee of | Dividend paid 16.14% on $19,132.86; Claim# 10; Filed: $19,132.86; Reference: | 7100-000 | | 3,088.38 | 6,948.35 |
| 11/13/09 | 115 | American Express Travel Related Svcs Co | Dividend paid 16.14% on $526.98; Claim# 11; Filed: $526.98; Reference: | 7100-000 | | 85.06 | 6,863.29 |
| 11/13/09 | 116 | American Honda Finance | Dividend paid 16.14% on $8,234.39; Claim# 12; Filed: $8,234.39; Reference: | 7100-000 | | 1,329.17 | 5,534.12 |
| 11/13/09 | 117 | Citibank(South Dakota) NA | Dividend paid 16.14% on $18,324.04; Claim# 13; Filed: $18,324.04; Reference: | 7100-000 | | 2,957.82 | 2,576.30 |

Subtotals: $40,057.49 $37,481.19

Printed: 01/11/2010 01:15 PM V.11.54

## Form 2
## Cash Receipts And Disbursements Record

Case Number: 05-36743
Case Name: STAS, RICHARD T.
STAS, THERESA M.
Taxpayer ID #: 13-7588059
Period Ending: 01/11/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****84-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | 118 | Storino Ramello & Durkin | Dividend paid 16.14% on $4,045.82; Claim# 14; Filed: $4,045.82; Reference: 11335 | 7100-000 | | 653.07 | 1,923.23 |
| 11/13/09 | 119 | Chase Bank USA NA | Dividend paid 16.14% on $11,914.64; Claim# 16; Filed: $11,914.64; Reference: | 7100-000 | | 1,923.23 | 0.00 |
| 12/10/09 | 106 | Vigil & Berkley | Dividend paid 16.14% on $4,335.37; Claim# 1; Filed: $4,335.37; Reference: 10285 Voided: check issued on 11/13/09 | 7100-003 | | -699.81 | 699.81 |
| 12/10/09 | 120 | Law Office of Vincent Vigil, PC | Ref # 10285 | 7100-000 | | 699.81 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 40,057.49 | 40,057.49 | $0.00 |
| Less: Bank Transfers | 40,057.49 | 0.00 | |
| Subtotal | 0.00 | 40,057.49 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $40,057.49 | |

Net Receipts: 40,057.49
Net Estate: $40,057.49

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****84-65 | 40,057.49 | 0.00 | 0.00 |
| Checking # ***-*****84-66 | 0.00 | 40,057.49 | 0.00 |
| | $40,057.49 | $40,057.49 | $0.00 |